JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SANTA ANA POLICE OFFICERS ASSOCIATION; GERRY SERRANO, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SANTA ANA, a Municipal corporation; SANTA ANA POLICE DEPARTMENT; a public safety department; DAVID VALENTIN, Chief of Police; KRISTINE RIDGE, City Manager; SONIA CARVALHO, City Attorney; JASON MOTSICK, Director of Human Resources; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 8:22-cv-00118-CJC (DFMx) <br><br> **ORDER PURSUANT TO STIPULATION TO REMAND** <br><br> State Court Action Filed: 11/08/21 <br> Federal Court Removal Filed: 1/24/22 <br> Trial Date:  None Set |

///

///

///

///

///

///

///

4892-5701-5311.1

ORDER PURSUANT TO STIPULATION TO REMAND

## ORDER TO REMAND

Pursuant to the stipulation of the parties, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS REMANDED TO THE ORANGE COUNTY SUPERIOR COURT as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs relative to the removal. The Clerk is directed to close the file.

Date: February 18, 2022

_____
Hon. Cormac J. Carney
United States District Court
Central District of California